JS-6

Tara Zabehi (SBN 314706)
*tara@calljustice.com*
Brittany Shaw Carter (SBN 331773)
*brittany@calljustice.com*
Brittany Wiehe (SBN 363781)
*b.wiehe@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

Karin M. Cogbill (SBN 244606)
*Karin.Cogbill@jacksonlewis.com*
Omar Mustafa (SBN 347008)
*Omar.Mustafa@jacksonlewis.com*
**JACKSON LEWIS, P.C.**
160 W Santa Clara St., Suite 400
San Jose, CA 95113
Direct: (408) 513-2262 / Main: (408) 579-0404

*Attorneys for* Defendant



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUSTINO PEREZ; individually, and on behalf of other members of the general public similarly situated;

Plaintiff,

vs.

PRYSMIAN CABLES AND SYSTEMS USA, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 5:26-cv-02739-KK-ACCV

Hon. Hon. Kenly Kato
Department R-14

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

*[Filed concurrently with Joint Stipulation and Declaration of Brittany Wiehe]*

| | |
|---|---|
| Complaint Filed: | March 26, 2026 |
| FAC Filed: | July 2, 2026 |
| Trial Date: | None |

**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203

On November 13, 2026, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties filed a Joint Stipulation regarding Dismissal of the *Perez v. Prysmian Cables and Systems USA, LLC* action, requesting Plaintiff's individual claims be dismissed with prejudice and his collective action claims dismissed without prejudice. The Court, having considered the Parties request, and finding good cause therefore, hereby GRANTS the Request for Dismissal and ORDERS as follows:

(1) Case No. 5:26-cv-02739-KK-ACCV is dismissed in its entirety;

(2) Plaintiff's individual claims are dismissed **with prejudice**; and

(3) The collective action claims are dismissed **without prejudice**.

IT IS SO ORDERED.

Dated: November 24, 2026

HON. KENLY KATO
UNITED STATES DISTRICT
JUDGE